# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Jr., Milan D. | Ninth Circuit | 04/24/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Court of Appeals
Suite 2325, 222 N Sepulveda Bl
El Segundo, California 90245

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Western Justice Center |
| 2. | Director | Ninth Judicial Circuit Historical Society |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self Employed Attorney |
| 2. | 2017 | Gogian Foundation-Trustee |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Jr., Milan D.** | 04/24/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric Co. | B | Dividend | K | T | Buy (add'l) | 04/25/17 | J | | |
| 2. | | | | | Sold (part) | 01/31/17 | J | A | |
| 3. | | | | | Sold (part) | 08/31/17 | J | A | |
| 4. Intuitive Surgical Inc. | | None | K | T | Sold (part) | 06/16/17 | J | D | |
| 5. | | | | | Sold (part) | 11/17/17 | J | B | |
| 6. American Tower Corp CL A | A | Dividend | K | T | Sold (part) | 08/28/17 | J | B | |
| 7. Pepsico Incorporated | B | Dividend | K | T | Sold (part) | 07/21/17 | J | A | |
| 8. Canadian Natl Ry Co. | A | Dividend | K | T | Sold (part) | 03/24/17 | J | C | |
| 9. | | | | | Sold (part) | 06/16/17 | J | C | |
| 10. Aetna: Whole Life Insurance Policy | | None | | | Sold | 10/20/17 | L | A | |
| 11. Quanta SVCS Inc | | None | K | T | Sold (part) | 01/05/17 | J | D | |
| 12. Oneok Inc New | C | Dividend | L | T | | | | | |
| 13. Williams Partners LP Com Unit Ltd Part Int | B | Distribution | K | T | | | | | |
| 14. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | B | Dividend | N | T | Buy (add'l) | 04/25/17 | J | | |
| 15. | | | | | Sold (part) | 03/29/17 | J | A | |
| 16. | | | | | Sold (part) | 05/04/17 | J | A | |
| 17. | | | | | Sold (part) | 11/17/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/29/17 | K | A | |
| 19. MFA Mortgage Investments Inc. (MFA Financial Inc) | C | Dividend | K | T | Sold (part) | 04/13/17 | J | A | |
| 20. | | | | | Sold (part) | 06/16/17 | J | A | |
| 21. Putnam Managed Municipal Income Trust-SBI | A | Dividend | J | T | | | | | |
| 22. Putnam Municipal Opportunities Trust-SBI | B | Dividend | K | T | | | | | |
| 23. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | D | Dividend | M | T | Buy (add'l) | 04/25/17 | J | | |
| 24. | | | | | Buy (add'l) | 06/16/17 | K | | |
| 25. Ishares Barclays Intermediate Credit Bond Fund | D | Dividend | M | T | Buy (add'l) | 03/24/17 | J | | |
| 26. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 27. | | | | | Sold (part) | 09/13/17 | J | A | |
| 28. Ishares Barclays 1-3 YR Credit Bond Fund ETF | D | Dividend | N | T | Buy (add'l) | 03/24/17 | J | | |
| 29. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 30. | | | | | Sold (part) | 07/21/17 | J | A | |
| 31. | | | | | Sold (part) | 09/13/17 | J | A | |
| 32. Ishares Core US Credit Bond (FKA Ishares Trst Barclay Credit Bond ETF) | B | Dividend | L | T | | | | | |
| 33. Ameren Corp | B | Dividend | K | T | Sold (part) | 04/20/17 | J | A | |
| 34. | | | | | Sold (part) | 07/21/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 21

**Name of Person Reporting**

Smith, Jr., Milan D.

**Date of Report**

04/24/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Abbott Laboratories | A | Dividend | K | T | Sold (part) | 06/16/17 | J | A | |
| 36. Enterprise Products Partners LP | B | Distribution | K | T | | | | | |
| 37. Blackrock Income Trust Inc | B | Dividend | K | T | | | | | |
| 38. Gabelli Dividend & Income Fund | D | Dividend | M | T | Buy (add'l) | 04/25/17 | J | | |
| 39. | | | | | Sold (part) | 09/28/17 | J | A | |
| 40. Eli Lilly & Co | A | Dividend | K | T | Buy (add'l) | 04/25/17 | J | | |
| 41. | | | | | Sold (part) | 03/17/17 | J | B | |
| 42. | | | | | Sold (part) | 03/29/17 | J | A | |
| 43. Tekla Healthcare Invs Sh Ben Int (FKA H & Q Healthcare Investors SBI) | B | Dividend | K | T | | | | | |
| 44. Managed Duration Invt Grade Mun FD | B | Dividend | K | T | Sold (part) | 06/16/17 | J | A | |
| 45. Ishares TR S&P Short Term Natl Amtfr | A | Dividend | M | T | Buy (add'l) | 01/30/17 | L | | |
| 46. Textron Inc | A | Dividend | J | T | Sold (part) | 06/16/17 | J | A | |
| 47. Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | D | Dividend | N | T | Buy (add'l) | 03/24/17 | J | | |
| 48. | | | | | Buy (add'l) | 03/27/17 | K | | |
| 49. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 50. | | | | | Sold (part) | 04/20/17 | J | A | |
| 51. | | | | | Sold (part) | 04/25/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BlackRock Credit Allocation | D | Dividend | L | T | Buy (add'l) | 04/20/17 | J | | |
| 53. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 54. Ishares Trust S&P Global Info Technology Sector Index Fund | B | Dividend | M | T | Sold (part) | 03/28/17 | J | A | |
| 55. | | | | | Sold (part) | 04/20/17 | J | B | |
| 56. | | | | | Sold (part) | 06/16/17 | J | B | |
| 57. | | | | | Sold (part) | 07/21/17 | J | B | |
| 58. | | | | | Sold (part) | 08/25/17 | J | B | |
| 59. | | | | | Sold (part) | 10/30/17 | J | B | |
| 60. | | | | | Sold (part) | 11/17/17 | J | B | |
| 61. Calamos Global Dynamic Income Fund | C | Dividend | | | Sold (part) | 04/25/17 | J | A | |
| 62. | | | | | Sold (part) | 07/20/17 | K | B | |
| 63. | | | | | Sold (part) | 08/25/17 | J | A | |
| 64. | | | | | Sold (part) | 10/26/17 | K | C | |
| 65. | | | | | Sold (part) | 11/17/17 | J | C | |
| 66. | | | | | Sold | 12/06/17 | K | C | |
| 67. Corning Inc | B | Dividend | L | T | Sold (part) | 01/30/17 | J | A | |
| 68. | | | | | Sold (part) | 03/24/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/20/17 | J | A | |
| 70. | | | | | Sold (part) | 05/04/17 | J | A | |
| 71. | | | | | Sold (part) | 07/21/17 | J | B | |
| 72. | | | | | Sold (part) | 08/25/17 | J | B | |
| 73. Koninklijke Philips Electrs N V Sponsored ADR New 2000 | B | Dividend | K | T | Sold (part) | 03/17/17 | J | A | |
| 74. | | | | | Sold (part) | 04/25/17 | J | A | |
| 75. | | | | | Sold (part) | 06/16/17 | J | C | |
| 76. | | | | | Sold (part) | 06/29/17 | J | A | |
| 77. Columbia Fds Ser TR IX Tax Exempt FD CL A | B | Dividend | K | T | | | | | |
| 78. Ishares TR 2017 S&P AMT Free Municipal Ser Fd | A | Dividend | | | Sold | 09/08/17 | K | A | |
| 79. Gabelli Healthcare & Wellness Trust | C | Dividend | K | T | Sold (part) | 04/20/17 | J | A | |
| 80. | | | | | Sold (part) | 06/16/17 | J | B | |
| 81. | | | | | Sold (part) | 07/21/17 | J | A | |
| 82. BlackRock Equity Dividend Trust | C | Dividend | L | T | Sold (part) | 04/25/17 | J | A | |
| 83. Centerpoint Energy Inc. | A | Dividend | J | T | Sold (part) | 01/10/17 | J | A | |
| 84. | | | | | Sold (part) | 03/17/17 | J | A | |
| 85. | | | | | Sold (part) | 04/25/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 05/04/17 | J | A | |
| 87. | | | | | Sold (part) | 08/25/17 | J | A | |
| 88. American Electric Power Co Inc | A | Dividend | J | T | Buy (add'l) | 04/25/17 | J | | |
| 89. | | | | | Sold (part) | 11/29/17 | J | A | |
| 90. Pimco ETF TR Enhanced Short Maturity | D | Dividend | N | T | Buy (add'l) | 04/25/17 | J | | |
| 91. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 92. Southern Co | A | Dividend | K | T | | | | | |
| 93. Ishares TR Dow Jones SEL Divid Index FD | B | Dividend | K | T | | | | | |
| 94. FirstEnergy Corp | A | Dividend | J | T | | | | | |
| 95. Sempra Energy | A | Dividend | K | T | Buy (add'l) | 04/25/17 | J | | |
| 96. | | | | | Sold (part) | 03/29/17 | J | A | |
| 97. Anworth Mortgage Asset Corp | D | Dividend | L | T | Sold (part) | 01/31/17 | J | A | |
| 98. | | | | | Sold (part) | 03/24/17 | J | A | |
| 99. | | | | | Sold (part) | 03/28/17 | J | A | |
| 100. | | | | | Sold (part) | 04/20/17 | J | A | |
| 101. | | | | | Sold (part) | 04/25/17 | J | A | |
| 102. | | | | | Sold (part) | 09/28/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Frontier Communications Corp | B | Dividend | | | Buy (add'l) | 02/28/17 | J | | |
| 104. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 105. | | | | | Sold (part) | 03/24/17 | J | A | |
| 106. | | | | | Sold (part) | 03/28/17 | J | A | |
| 107. | | | | | Sold (part) | 06/16/17 | J | A | |
| 108. | | | | | Sold | 09/18/17 | J | A | |
| 109. Eaton Vance Risk Managed Global Diversified Equity Income | B | Dividend | K | T | | | | | |
| 110. Eaton Vance Tax Managed Global Diversified Equity Income | B | Dividend | | | Sold (part) | 06/16/17 | J | B | |
| 111. | | | | | Sold | 07/11/17 | K | D | |
| 112. Intel Corp | B | Dividend | L | T | Sold (part) | 04/25/17 | J | A | |
| 113. | | | | | Sold (part) | 09/28/17 | J | B | |
| 114. | | | | | Sold (part) | 10/30/17 | J | A | |
| 115. | | | | | Sold (part) | 11/17/17 | J | B | |
| 116. | | | | | Sold (part) | 12/18/17 | J | B | |
| 117. Abbvie Inc. | B | Dividend | L | T | Sold (part) | 09/13/17 | J | A | |
| 118. | | | | | Sold (part) | 11/17/17 | J | C | |
| 119. Merck & Co. Inc. | B | Dividend | K | T | Sold (part) | 09/28/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Air Lease Corporation | A | Dividend | K | T | Sold (part) | 03/24/17 | J | A | |
| 121. | | | | | Sold (part) | 08/25/17 | J | A | |
| 122. Eaton Vance California Municipal Bond Fund | B | Dividend | K | T | Sold (part) | 09/28/17 | J | A | |
| 123. Ishares 2018 AMT Free Muni Term ETF | A | Dividend | K | T | | | | | |
| 124. Conagra Foods Inc. | A | Dividend | K | T | Buy (add'l) | 06/16/17 | J | | |
| 125. Citigroup Inc Com | A | Dividend | K | T | Buy (add'l) | 03/17/17 | J | | |
| 126. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 127. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 128. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 129. | | | | | Sold (part) | 05/31/17 | J | A | |
| 130. Neuberger Berman Real Estate Securities Income Fund | B | Dividend | K | T | Buy (add'l) | 01/30/17 | J | | |
| 131. | | | | | Sold (part) | 01/17/17 | J | B | |
| 132. Ishares 3 to 7 Year Treasury Bond ETF | D | Dividend | N | T | Buy (add'l) | 03/24/17 | K | | |
| 133. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 134. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 135. | | | | | Sold (part) | 12/04/17 | M | A | |
| 136. | | | | | Sold (part) | 12/18/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Ishares US ETF Tr Short Term Maturity Bond ETF | C | Dividend | N | T | | | | | |
| 138. One Gas Inc. | A | Dividend | K | T | Sold (part) | 06/16/17 | J | B | |
| 139. Ishares Tr 0-5 Yr Invt Grade Corp Bd ETF | B | Dividend | M | T | Buy (add'l) | 08/28/17 | L | | |
| 140. Nuveen California AMT Free Municipal Income Fund | B | Dividend | | | Sold (part) | 06/16/17 | J | A | |
| 141. | | | | | Sold | 10/26/17 | K | C | |
| 142. SPDR Nuveen Barclays Short Term Municipal Bond ETF | A | Dividend | | | Sold | 01/30/17 | K | A | |
| 143. Ishares Gold Trust | | None | K | T | Buy (add'l) | 04/25/17 | J | | |
| 144. | | | | | Sold (part) | 06/29/17 | J | A | |
| 145. Central Fund of Canada LTD CL-A Non Voting Shares | A | Dividend | K | T | Buy (add'l) | 01/30/17 | J | | |
| 146. | | | | | Buy (add'l) | 06/29/17 | J | | |
| 147. Pimco Intermediate Municipal Bond Active Exchange Traded Fund | B | Dividend | L | T | Buy (add'l) | 03/24/17 | J | | |
| 148. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 149. | | | | | Buy (add'l) | 09/29/17 | K | | |
| 150. | | | | | Sold (part) | 05/04/17 | J | A | |
| 151. Alps ETF TR Alerian MLP | B | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 152. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 153. | | | | | Buy (add'l) | 05/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 155. | | | | | Sold (part) | 04/25/17 | J | A | |
| 156.   Pattern Energy Group Inc Class A | B | Dividend | K | T | Buy (add'l) | 03/24/17 | J | | |
| 157. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 158. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 159. | | | | | Sold (part) | 04/25/17 | J | A | |
| 160.   Centurylink Inc | B | Dividend | K | T | Buy (add'l) | 03/24/17 | K | | |
| 161. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 162. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 163. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 164. | | | | | Sold (part) | 03/24/17 | K | A | |
| 165. | | | | | Sold (part) | 03/27/17 | J | A | |
| 166. | | | | | Sold (part) | 09/18/17 | K | A | |
| 167.   Communications Sales & Leasing Inc Com | A | Dividend | | | Buy (add'l) | 01/31/17 | J | | |
| 168. | | | | | Merged (with line 243) | 02/27/17 | K | | |
| 169.   Bank of Nova Scotia | A | Dividend | J | T | Sold (part) | 04/25/17 | J | A | |
| 170.   Vanguard Calif Tax Free Intermediate Term Tax Exempt Fund | A | Dividend | L | T | Buy (add'l) | 06/16/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 11/17/17 | K | | |
| 172. | | | | | Buy (add'l) | 12/29/17 | L | | |
| 173. | | | | | Sold (part) | 03/23/17 | K | A | |
| 174. Eaton Corporation | A | Dividend | J | T | | | | | |
| 175. Vanguard Short Term Government Bond ETF | C | Dividend | N | T | Buy (add'l) | 01/30/17 | K | | |
| 176. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 177. | | | | | Sold (part) | 11/17/17 | K | A | |
| 178. US Govt Money Market Fund RBS Reserve Class | | None | | | Closed | 02/27/17 | M | | |
| 179. Transamerica Advisors: Whole Life Insurance Policy | | None | K | T | | | | | |
| 180. Aurora National Life Assurance: Whole Life Insurance Policy | | None | K | T | | | | | |
| 181. Metlife: Whole Life Insurance Policy | A | Int./Div. | J | T | | | | | |
| 182. Lamb Weston Holdings Inc Common Stock | A | Dividend | K | T | Buy (add'l) | 01/30/17 | J | | |
| 183. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 184. Orbital Atk Inc Com | A | Dividend | J | T | Buy (add'l) | 01/31/17 | J | | |
| 185. | | | | | Buy (add'l) | 03/17/17 | J | | |
| 186. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 187. | | | | | Buy (add'l) | 04/20/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 189. | | | | | Sold (part) | 04/25/17 | J | A | |
| 190. | | | | | Sold (part) | 09/21/17 | J | C | |
| 191. | | | | | Sold (part) | 11/17/17 | J | C | |
| 192. | | | | | Sold (part) | 11/28/17 | J | B | |
| 193. Tsakos Energy Navig USD1 | A | Dividend | | | Buy (add'l) | 04/25/17 | J | | |
| 194. | | | | | Sold (part) | 05/31/17 | J | A | |
| 195. | | | | | Sold | 12/29/17 | J | A | |
| 196. Vaneck Vectors ETF TR Gold Miners ETF | A | Dividend | K | T | Buy (add'l) | 03/24/17 | J | | |
| 197. | | | | | Sold (part) | 05/04/17 | J | A | |
| 198. Alps ETF TR Sprott Gold Miners ETF | A | Dividend | K | T | Buy (add'l) | 01/30/17 | J | | |
| 199. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 200. Euronav NV | A | Dividend | | | Sold | 01/30/17 | K | A | |
| 201. SPDR Ser TR S&P Biotech ETF | A | Dividend | J | T | Buy (add'l) | 06/29/17 | J | | |
| 202. | | | | | Sold (part) | 04/25/17 | J | A | |
| 203. Franco-Nevada Corporation | A | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 204. | | | | | Buy (add'l) | 04/25/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 206. Pimco Stocksplus Short Fund Class | A | Dividend | J | T | Buy (add'l) | 06/29/17 | J | | |
| 207. | | | | | Sold (part) | 04/25/17 | J | A | |
| 208. Allergan PLC | A | Dividend | | | Buy | 01/31/17 | J | | |
| 209. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 210. | | | | | Sold | 09/28/17 | J | A | |
| 211. Vanguard FTSE Developed Markets ETF | B | Dividend | L | T | Buy (add'l) | 01/30/17 | K | | |
| 212. | | | | | Buy (add'l) | 03/24/17 | K | | |
| 213. Schwab Target 2030 Fund | A | Dividend | K | T | | | | | |
| 214. Schwab CA Tax Free Bond | B | Dividend | L | T | | | | | |
| 215. Albemarle Corporation | A | Dividend | K | T | Buy | 04/20/17 | J | | |
| 216. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 217. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 218. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 219. Cryoport Inc Com | | None | K | T | Buy | 08/31/17 | J | | |
| 220. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 221. | | | | | Buy (add'l) | 09/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 223. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 224. International Business Machines Corp | A | Dividend | K | T | Buy | 08/31/17 | J | | |
| 225. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 226. Kroger Co | | None | J | T | Buy | 11/17/17 | J | | |
| 227. Warrior Met Coal Inc Common Stock | D | Dividend | K | T | Buy | 08/28/17 | J | | |
| 228. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 229. Vaneck Vectors ETF TR Amt Free Intermediate Muni Index ETF | A | Dividend | K | T | Buy | 03/24/17 | K | | |
| 230. Thornburg California Limited Term Municipal Fund CL I | A | Dividend | M | T | Buy | 03/23/17 | K | | |
| 231. | | | | | Buy (add'l) | 04/20/17 | K | | |
| 232. | | | | | Buy (add'l) | 07/24/17 | K | | |
| 233. | | | | | Buy (add'l) | 08/28/17 | K | | |
| 234. | | | | | Buy (add'l) | 09/11/17 | K | | |
| 235. | | | | | Sold (part) | 12/29/17 | L | A | |
| 236. RBC Insured Deposits | A | Int./Div. | M | T | Open | 02/27/17 | M | | |
| 237. B&G Foods Inc | | None | K | T | Buy | 11/17/17 | J | | |
| 238. | | | | | Buy (add'l) | 11/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 240. Energy Transfer Partners LP | | None | K | T | Buy | 11/17/17 | K | | |
| 241. | | | | | Buy (add'l) | 11/28/17 | J | | |
| 242. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 243. Uniti Group Inc | A | Dividend | K | T | Buy | 05/31/17 | J | | |
| 244. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 245. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 246. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 247. | | | | | Buy (add'l) | 11/28/17 | J | | |
| 248. | | | | | Sold (part) | 04/25/17 | J | A | |
| 249. Windstream Holdings Inc Com | A | Dividend | | | Buy | 03/24/17 | J | | |
| 250. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 251. | | | | | Sold (part) | 06/16/17 | J | A | |
| 252. | | | | | Sold | 08/03/17 | J | A | |
| 253. Frontier Communications Corporation 11.125% Mandatory Conv PFD | C | Dividend | J | T | Buy | 03/31/17 | K | | |
| 254. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 255. | | | | | Buy (add'l) | 06/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 11/20/17 | J | | |
| 257. | | | | | Sold (part) | 06/16/17 | J | A | |
| 258. | | | | | Sold (part) | 07/21/17 | J | A | |
| 259. | | | | | Sold (part) | 08/25/17 | J | A | |
| 260. | | | | | Sold (part) | 09/19/17 | J | A | |
| 261. BT Group PLC American Depository Shs | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 262. | | | | | Buy (add'l) | 04/13/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 04/24/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Milan D. Smith, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544